| | |
|---|---|
| 1 | Michael J. Newton (State Bar No. 156225) |
| 2 | michael.newton@alston.com<br>**ALSTON & BIRD LLP** |
| 3 | 2828 North Harwood Street, Ste. 1800<br>Dallas, TX 75201-2139 |
| 4 | Telephone:  (214) 922-3400<br>Facsimile:  (214) 922-3899 |
| 5 | |
| 6 | David H. Ben-Meir (State Bar No. 192028)<br>david.ben-meir@alston.com |
| 7 | Casondra K. Ruga (State Bar No. 237597)<br>casondra.ruga@alston.com |
| 8 | Ryan D. Alvarez (State Bar No. 277568)<br>ryan.alvarez@alston.com |
| 9 | **ALSTON & BIRD LLP**<br>333 South Hope Street, 16th Floor |
| 10 | Los Angeles, California 90071<br>Telephone:  (213) 576-1000<br>Facsimile:   (213) 576-1100 |
| 11 | |
| 12 | Attorneys for Plaintiff,<br>**PALA INVESTMENTS HOLDINGS LIMITED** |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALA INVESTMENTS HOLDINGS LIMITED, a Channel Islands corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>ALDEROX CANADA, INC., a Nevada corporation, GORDON W. DAVIES, an individual, and MICHAEL C. DAVIES, an individual,<br><br>            Defendants. | Case No. 8:10-CV-01789 AG CW<br><br>Honorable Andrew J. Guilford<br><br>**STIPULATED MOTION FOR DISMISSAL OF PLAINTIFF'S FOURTH CLAIM FOR RELIEF FOR MISAPPROPRIATION OF TRADE SECRETS**<br><br>[Proposed Order filed concurrently herewith]<br><br>Filing Date:  November 22, 2010<br>Trial Date: May 29, 2012 |

STIPULATED MOTION FOR DISMISSAL

LEGAL02/33188928v1

# STIPULATION

Plaintiff PALA INVESTMENTS HOLDINGS LIMITED ("PALA") and Defendants ALDEROX CANADA, INC., GORDON W. DAVIES, and MICHAEL C. DAVIES ("Defendants" and collectively "the Parties"), by and through their counsel of record, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby move for an order dismissing, with prejudice, PALA's fourth claim for relief for Misappropriation of Trade Secrets asserting against Defendants in Pala's Complaint.

The Parties shall bear their own costs, expenses and attorneys' fees.

Respectfully submitted,

DATED: March 16, 2012

MICHAEL J. NEWTON
DAVID H. BEN-MEIR
CASONDRA K. RUGA
RYAN ALVAREZ
**ALSTON & BIRD LLP**

/s/ Casondra K. Ruga
Casondra K. Ruga
Attorneys for Plaintiff
**PALA INVESTMENTS HOLDINGS LIMITED**

DATED: March 16, 2012

TODD B. BECKER
**LAW OFFICES OF TODD B. BECKER**

/s/ Todd B. Becker
Todd B. Becker
Attorneys for Defendants
**ALDEROX CANADA, INC., GORDON W. DAVIES** and **MICHAEL C. DAVIES**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 16th day of March 2012.

  /s/  Casondra K. Ruga
Casondra K. Ruga