AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been 'filed in the U.S. District Court  Central District of California  on the following

☒ Trademarks or   ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>SACV10-01789 | DATE FILED<br>November,  2010 | U.S. DISTRICT COURT<br>Central District of California, Western Division |
|---|---|---|
| PLAINTIFF<br>PALA INVESTMENTS HOLDINGS LIMITED | | DEFENDANT<br>ALDEROX CANADA, INC., GORDON W. DAVIES, and<br>MICHAEL C. DAVIES |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2905209 | November 23, 2004 | PALA INVESTMENTS HOLDINGS LIMITED |
| 2 | 3022028 | November 29, 2005 | PALA INVESTMENTS HOLDINGS LIMITED |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT Minute Order in chambers by Judge Andrew J. Guilford: Order Staying Action Pending Final Settlement and Removing Case from active caseload, re notice of settlement [121]. Case Terminated.4/25/12 |
|---|

| CLERK<br>Terry Nafisi | (BY) DEPUTY CLERK<br>Trina DeBose | DATE<br>4/25/12 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy

American LegalNet, Inc.
www.FormsWorkFlow.com